## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 78 WAL 2016
                             :
               Respondent :
                             : Petition for Allowance of Appeal from
                             : the Order of the Superior Court
            v. :
                             :
                             :
ANDRE BRANCH SAMUELS, :
                             :
               Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.